# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978*
*(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Connelly, Rebecca B. | 2. Court or Organization<br><br>US Bankruptcy Court for the Western District of Virginia | 3. Date of Report<br><br>05/12/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2020<br>**to**<br>12/31/2020 |
| 7. Chambers or Office Address<br><br>116 North Main Street<br>Harrisonburg VA 22802 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | Washington and Lee University School of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Connelly, Rebecca B.** | 05/12/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2020 | Washington and Lee Univerity School of Law salary | $11,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Washington and Lee University Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Connelly, Rebecca B.** | 05/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Connelly, Rebecca B.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Cornerstone Bank bank accounts (various accounts) | A | Interest | J | T | | | | | |
| 2. Cornerstone Bank stock | | None | K | T | | | | | |
| 3. SunTrust Bank (now Truist) (various accounts) | A | Interest | K | T | | | | | |
| 4. GWPAX American funds Growth Portfolio Cl A | B | Dividend | K | T | | | | | |
| 5. SDGIX Dreyfus/Standish Global Fixed Inc Fund I (Y) | | | | | | | | | |
| 6. XMLV Invesco S&P Mid-Cap Low Vol EFT | A | Dividend | | | Sold | 04/06/20 | K | | |
| 7. XSLV Invesco S&P Small Cap Low Vol EFT | A | Dividend | | | Sold | 04/06/20 | K | | |
| 8. MTUM iShares Edge MSCI USA Momentum Factor ETF | A | Dividend | | | Sold | 04/06/20 | M | D | |
| 9. EMPL First Trust North Amer Energy Infrastructure Fund | A | Dividend | | | Sold | 04/06/20 | J | | |
| 10. DGS Wisdom Tree Emerging Markets Small Cap | A | Dividend | | | Sold | 04/06/20 | J | | |
| 11. CSHIX Credit Suiss Floating Rate High Inc Fund (Y) | | | | | | | | | |
| 12. AHMFX Amer High Inc Municipal Bond Fund (Y) | | | | | | | | | |
| 13. SDY SPDR SER TR S&P Dividend EFT | C | Dividend | | | Sold | 04/06/20 | L | | |
| 14. RPSIX T Rowe Price Spectrum Income Fund (Y) | | | | | | | | | |
| 15. FDT First Trust Developed Markts ex-US Alpha DEX fund | A | Dividend | | | Sold | 04/06/20 | J | | |
| 16. SCZ iShares MSCI EAFE small cap ETF | A | Dividend | | | Sold | 04/06/20 | J | | |
| 17. VNQI Vanguard Global Ex- US Real Estate Index Fund | B | Dividend | | | Sold | 04/06/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Connelly, Rebecca B. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | MANLX BlackRock Nat Mun Fund Inst Shares (Y) | | | | | | | | | |
| 19. | FDM First Trust Emerging Markets Alpha DEX Fund | A | Dividend | K | T | Buy | 04/06/20 | K | | |
| 20. | FEM First Trust Emerging Mkts Alpha DEX fund | A | Dividend | J | T | Buy | 04/06/20 | J | | |
| 21. | XSD SPDR S&P Semiconductor ETF | A | Dividend | K | T | Buy | 04/06/20 | K | | |
| 22. | XAR SPDR S&P Aerospace & Defense ETF | | None | | | Buy | 04/06/20 | K | | |
| 23. | | | | | | Sold | 06/01/20 | K | C | |
| 24. | IWF iShares Russell 1000 Growth ETF | A | Dividend | M | T | Buy | 04/06/20 | L | | |
| 25. | FTCS First Trust Cap Strength ETF | A | Dividend | K | T | Buy | 04/06/20 | K | | |
| 26. | SCHM Schwab US Mid Cap ETF | A | Dividend | M | T | Buy | 04/06/20 | L | | |
| 27. | IPKW Invesco International Buyback Achievers ETF | A | Dividend | K | T | Buy | 04/06/20 | J | | |
| 28. | FNDC Schwab Fundamental International Small Company Index ETF | A | Dividend | J | T | Buy | 04/06/20 | J | | |
| 29. | IYG iShares US Financial Services ETF | | None | | | Buy | 04/06/20 | K | | |
| 30. | | | | | | Sold | 06/01/20 | K | C | |
| 31. | IHI ishares US Medical Devices ETF | A | Dividend | | | Buy | 06/01/20 | K | | |
| 32. | | | | | | Sold | 09/01/20 | K | C | |
| 33. | ITB iShares US Home Construction ETF | A | Dividend | K | T | Buy | 09/02/20 | K | | |
| 34. | PYZ Invesco Dwa Basic Materials Momentum ETF | A | Dividend | | | Buy | 06/03/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Sold | 11/30/20 | K | C | |
| 36. PTH Invesco Dwa Healthcare Momentum ETF | | None | K | T | Buy | 11/30/20 | K | | |
| 37. Sage Creed Bank Sweep Account QPRMQ (X) | A | Interest | J | T | | | | | |
| 38. TRP Mid Cap Growth fund | A | Dividend | J | T | | | | | |
| 39. TRP Spectrum Income fund | A | Dividend | J | T | | | | | |
| 40. Vanguard Wellesley Inc Fund mutual fund | A | Dividend | J | T | | | | | |
| 41. Janney Montgomery Sweep Acct | A | Interest | J | T | | | | | |
| 42. ASPZX Alger Spectra | C | Dividend | K | T | | | | | |
| 43. MINIX MFS International Value CL I | B | Dividend | K | T | | | | | |
| 44. OGIYX Oppenheimer Global Opportunities Cl C | D | Dividend | L | T | | | | | |
| 45. Van Kampen Invest Grade Mun Trust CUSIP 92116Y160 | A | Dividend | J | T | | | | | |
| 46. Barclays Bank PLC Note CUSIP 06744C5E7 | A | Interest | K | T | | | | | |
| 47. JP Morgan Chase Note CUSIP 48129HCA3 | A | Interest | | | Redeemed | 04/30/20 | K | | |
| 48. JP Morgan Chase Finl Co Cont Note 48129MAP1 | A | Interest | | | Redeemed | 12/31/20 | K | A | |
| 49. GS Finance Corp Cont CPN NDX 40055QD82 | C | Interest | | | Redeemed | 01/06/20 | L | B | |
| 50. Societe Generale Worst Non Prin Pronote Lkd Xop CUSIP 83369FSV0 | A | Interest | J | T | | | | | |
| 51. BOFA Finance LLC ContT Incm Note Lkd Indu Rty CUSIP 09709TQK0 | A | Interest | | | Redeemed | 09/02/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Connelly, Rebecca B.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | Citigroup Glbl Mkts Hldg Eqty Lkd Contn Cpn CUSIP 17327TEX0 | A | Interest | | | Redeemed | 03/05/20 | K | A | |
| 53. | Torontp Dominion Bank Contin Int Bar Lkd Try SX5E CUSIP 89114R4S2 | A | Interest | K | T | | | | | |
| 54. | Royal Bk Canada Contin CPN Bar LKD XBI Note CUSIP 78015KRR7 | | None | | | Buy | 05/06/20 | K | | |
| 55. | | | | | | Redeemed | 11/12/20 | K | A | |
| 56. | Wells Fargo Fin LLC MKT LKD CUSIP 95001HDS7 | | None | L | T | Buy | 01/28/20 | L | | |
| 57. | Canadian Imperial Bk Contin CPN Note LKD SPX RTY CUSIP 13605WF89 | A | Interest | K | T | Buy | 09/28/20 | K | | |
| 58. | Bank Montreal Barrier Note Contin LKD NDX RTY CUSIP 06368E3U4 | A | Interest | K | T | Buy | 11/16/20 | K | | |
| 59. | Bank Montreal Barrier Note Contin LKD SPX RTY CUSIP 06368E3N0 | A | Interest | K | T | Buy | 11/24/20 | K | | |
| 60. | Government I Bonds | A | Dividend | J | T | | | | | |
| 61. | Government I Bond | A | Dividend | J | T | | | | | |
| 62. | TIAA CREF Retirement Account (H) | | | | | | | | | |
| 63. | - TI|AA Traditional fixed annunity | A | Interest | M | T | | | | | |
| 64. | --CREF Stock R2 | A | Dividend | O | T | | | | | |
| 65. | --CREF Growth R2 | A | Dividend | N | T | | | | | |
| 66. | --MainStay Lrg Cap Growth I | A | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Connelly, Rebecca B.** | 05/12/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:

Line 2 Cornerstone Stock did not declare a dividend in 2020.

Line 3 Suntrust Bank is now called Truist Bank and will be reported as such in future years.

Line 5 SDGIX Dreyful/Standish Global Fixed Income Fund was reported in 2019 as a partial sale on April 3, 2019. It was a full sale on that date. I had no ownership interest in this fund durng 2020.

Line 6 XMLV Invesco S&P Mid-Cap Low Vol EFT shares sold on April 6, 2020 at a loss.

Line 7 XSLV Investco S&P Small Cap Low Volatility EFT shares sold on April 6, 2020 at a loss.

Line 9 EMPL First Trust North American Energy Infrastructure Fund shraes sold on April 6, 2019 at a loss.

Line 10 DGS Wisdome Tree Emerging Markets Small Cap Dividend Fund shares sold on April 6, 2019 at a loss.

Line 11 CSHIX CS High Income Floating Rate Instl Shares fund was reported in 2019 as a partial sale on April 3, 2019. It was a full sale on that date. I had no ownership interes in this fund during 2020.

Line 12 AHMX American High Income Municipal Bond Fund was reported in 2019 as a partial sale on April 3, 2019. It was a full sale on that date. I had no ownership interest in this fund during 2020.

Line 13 SDY SPDR S&P Dividnd ETF shares sold on April 6, 2020 at a loss.

Line 14 RPSIX T Rowe Price Spectrum Income Fund was reported in 2019 as a partial sale on April 3, 2019. It was a full sale on that date. I had no ownership interest in this fund during 2020.

Line 15 FDT First trust Developed Markets Ex-US Alpa DEX Fund shares sold on 04/06/2020 at a loss.

Line 16 SCZ ishares MSCI EAFE Amall Cap EFT shares sold on April 6, 2020 at a loss.

Line 17 VNQI Vanguard Global Ex-US Real Estate Index Fund ETF shares sold April 6, 2020 at a loss.

Line 18 MANLX Black Rock National Municipal Fund Institutional Shares was reported in 2019 as a partial sale on April 4, 2019. It was a full sale on that date. I had no ownership interst in this fund duirng 2020.

Line 37 Sweep Account did not have reportable assets previously.

Lines 62, 63, 64, 65 and 66 are assets held in retirement account of spouse. I have no ownership interest in or control over these retirement assets.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Rebecca B. Connelly**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544